<pre>
 1                         UNITED STATES DISTRICT COURT
 2                                DISTRICT OF NEVADA
</pre>

| | |
|---|---|
| Shaun Rosiere, | 2:17-cv-00144-JAD-PAL |
|     Plaintiff | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 13] |
| United States of America, | |
|     Defendant | |

On June 30, 2017, Magistrate Judge Peggy Leen issued an order and report of findings in which she, *inter alia*, recommends that this case be dismissed with prejudice because it is frivolous and this court lacks jurisdiction over Shaun Rosiere's claims.[1]  Plaintiff moves to extend the deadline for filing objections to this order to August 8, 2017, because he is "currently dealing with a few health issues" and needs extra time.[2]

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion to extend the objection deadline **[ECF No. 13] is GRANTED; plaintiff's deadline to file objections to the report and recommendation [ECF No. 11] is extended to August 8, 2017.**

DATED: July 12, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 11.

[2] ECF No. 13.